AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, SIERRA CLUB, ENVIRONMENTAL DEFENSE FUND, and CENTER FOR BIOLOGICAL DIVERSITY <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator <br><br> *Defendant(s)* | Civil Action No.  3:22-cv-2302 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Regan, Administrator
United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rose Monahan
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, California 94612
rose.monahan@sierraclub.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  4/14/2022                                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02302-RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons by Certified First Class Mail with Retrurn Receipt Requested on
April 15, 2022. The proof of delivery is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/02/2022

*Server's signature*

Ana Boyd, Research Analyst
*Printed name and title*

Sierra Club
2101 Webster St., Ste. 1300
Oakland, CA 94612
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20460    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.75 | 0024 |
| $ $3.05 | 25 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.56
$
Total $9.36                          04/15/2022

Sent To: Michael Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

7017 2400 0000 5915 5392

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Regan, Administrator
   U.S. Environmental Protection Agency
   Office of the Administrator, Mail Code 1101A
   1200 Pennsylvania Ave, N.W.
   Washington, DC 20460

9590 9403 0606 5183 6694 52

2. Article Number (Transfer from service label)

   7017 2400 0000 5915 5392

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                             ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

APR 20 DEPIR

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
  ☐ Mail
  ☐ Mail Restricted Delivery
  (500)

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt






# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70172400000059155415

Your item was delivered to an individual at the address at 12:33 pm on April 18, 2022 in SAN FRANCISCO, CA 94102.

USPS Tracking Plus® Available ∨

 **Delivered, Left with Individual**

April 18, 2022 at 12:33 pm
SAN FRANCISCO, CA 94102

Get Updates ∨

---

Text & Email Updates                                   ∨

---

Tracking History                                       ∧

April 18, 2022, 12:33 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
Your item was delivered to an individual at the address at 12:33 pm on April 18, 2022 in SAN FRANCISCO, CA 94102.

April 17, 2022, 4:22 am
Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**April 16, 2022, 4:43 am**
Arrived at USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**April 15, 2022, 9:53 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**April 15, 2022, 6:20 pm**
Departed Post Office
OAKLAND, CA 94611

**April 15, 2022, 9:38 am**
USPS in possession of item
OAKLAND, CA 94611

USPS Tracking Plus®

Product Information

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**