# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Civ. No. 3:22-CV-02302-RS<br>) |
| v. | ) **[PROPOSED] ORDER OF DISMISSAL**<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>) |

  Upon consideration of Defendants' Notice of Mootness and Unopposed Request for Dismissal, the Court finds that Defendants have performed the action sought by Plaintiffs and that Plaintiffs' claims are, therefore, moot. Therefore, there is no longer any live case or controversy, and all Plaintiffs' claims are accordingly DISMISSED.

  IT IS SO ORDERED

1

[Proposed] Order of Dismissal
Case No. 3:22-cv-02302-RS

1
2 | Date:  September ___, 2022
3 | _____
  | HON. RICHARD SEEBORG
4 | UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 | 2
28 | [Proposed] Order of Dismissal
   | Case No. 3:22-cv-02302-RS