# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    *Defendants.*

Civ. No. 3:22-CV-02302-RS

**ORDER OF DISMISSAL**

Upon consideration of Defendants' Notice of Mootness and Unopposed Request for Dismissal, the Court finds that Defendants have performed the action sought by Plaintiffs and that Plaintiffs' claims are, therefore, moot. Therefore, there is no longer any live case or controversy, and all Plaintiffs' claims are accordingly DISMISSED.

IT IS SO ORDERED

1

Order of Dismissal Case No.
3:22-cv-02302-RS

Date: August 31, 2022

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Order of Dismissal Case No.
3:22-cv-02302-RS

2