Rose Monahan (CA Bar No. 329861)
Joshua Smith (appearance *pro hac vice*)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, California 94612
Tel: (415) 977-5704
Fax: (510) 208-3140
e-mail: rose.monahan@sierraclub.org
         joshua.smith@sierraclub.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) |
| *Plaintiffs*, | Civ. No. 3:22-CV-02302-RS |
| v. | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULES 6-3 AND 54-5** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| *Defendants*. | |

Upon consideration of Plaintiffs' **Unopposed Motion to Enlarge Time Pursuant to Local Rules 6-3 and 54-5** the Court GRANTS the Motion.

The Court ORDERS that the deadline to file a motion for award of attorney's fees shall be 60 days from entry of judgment in this proceeding.

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE