Rose Monahan (CA Bar No. 329861)
Joshua Smith (appearance *pro hac vice*)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, California 94612
Tel: (415) 977-5704
Fax: (510) 208-3140
e-mail: rose.monahan@sierraclub.org
         joshua.smith@sierraclub.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>         *Defendants.* | Civ. No. 3:22-CV-02302-RS<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULES 6-3 AND 54-5** |

Upon consideration of Plaintiffs' **Unopposed Motion to Enlarge Time Pursuant to Local Rules 6-3 and 54-5** the Court GRANTS the Motion.

The Court ORDERS that the deadline to file a motion for award of attorney's fees shall be 120 days from entry of judgment in this proceeding.

**IT IS SO ORDERED.**

Dated: 10/27/2022

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE